**Order entered January 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01456-CV

### SLOAN CREEK II, L.L.C., Appellant

### V.

### TEXAS DEPARTMENT OF TRANSPORTATION, Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-3356-2008**

## ORDER

We **GRANT** appellee's January 23, 2015 unopposed motion for an extension of time to file a brief. Appellee shall file its brief by March 11, 2015. We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
           JUSTICE